IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY BREWSTER, )
    Plaintiff, )
v. ) No. 3:04-CV-328
) (Phillips)
UNITED STATES OF AMERICA, )
    Defendants )

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion to dismiss filed by the United States [Doc. 17] is **GRANTED,** and this action is **DISMISSED,** but without prejudice.

    **IT IS SO ORDERED**.

    **ENTER:**

        s/ Thomas W. Phillips
        United States District Judge